## BRITTON *v.* BRITTON.

EVANS, P. J. The court did not abuse its discretion in allowing temporary alimony in this case. *Judgment affirmed. All the Justices concur.*
       OCTOBER 20, 1916.

 Temporary alimony. Before Judge Fite. Whitfield superior court. January 31, 1916.

*George G. Glenn,* for plaintiff in error.

*Lang & Henson* and *R. H. House,* contra.